AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WILLIAM DEAN MERRIWEATHER JR
            Plaintiff(s)
     v.                    **Civil Action No.**    2:17cv168

CAPT RYAN TAYLOR,
Administrative Officer in Charge of Computer;
COMMANDER STEVE LAWENCE,
Administrative Officer in Charge of Jail;
KENNETH B ELWOOD,
Head PD - Porter Co Public Defender Computer
Owner/Provider; and
SGT PAUL SCIARRA, Porter County Jail
Liason of Law Library/Commissary

            Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: CASE DISMISSED WITHOUT PREJUDICE

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided  by Judge   Rudy Lozano

DATE:  6/6/17                                  ROBERT TRGOVICH, CLERK OF COURT

                                                by    s/Monica Clawson
                                                    *Signature of Clerk or Deputy Clerk*